RE REINSTATEMENT OF CERTIFIED SHORTHAND REPORTERS
2023 OK 30
Decided: 04/03/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2023 OK 30, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

 

RE: Reinstatement of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters recommended to the Supreme Court of Oklahoma that the certificate of each of the Oklahoma Certified Shorthand Reporters named below be reinstated as they have complied with the continuing education requirements for 2022 and annual certificate renewal requirements for 2023 and have paid all applicable fees.

IT IS HEREBY ORDERED pursuant to 20 O.S., Chapter 20, App. l, Rules 20 and 23, the certificates of the following shorthand reporters are reinstated from the suspension earlier imposed by this Court:

 
 
 
 Name
 
 
 CSR #
 
 
 Effective Date of Reinstatement
 
 
 
 
 Kayla Carlock
 
 
 #1381
 
 
 March 16, 2023
 
 
 
 
 Mignon Elise Cruchon
 
 
 #1566
 
 
 March 3, 2023
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 
 

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 3rd day of APRIL, 2023.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.